# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

William Koenig,

        Plaintiff.　　　　　　　　　Civil 10-802 (PAM/LIB)

v.

**ORDER OF DISMISSAL**

Minnesota Power & Light Company and
Affiliated Companies Long-Term Disability
Benefit Plan, et al.

        Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: November   17  , 2010

                                          *S/Paul A. Magnuson*
                                          Paul A. Magnuson, Judge
                                          United States District Court