UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William Koenig,<br><br>Plaintiff,<br><br>v.<br><br>Minnesota Power & Light Company and Affiliated Companies Long-Term Disability Benefit Plan, et al.,<br><br>Defendants. | Court File No. 10-802 (PAM/LIB)<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Motion to Extend the Reservation of Jurisdiction. Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that this Court shall reserve jurisdiction over this matter until March 17, 2011 to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: Monday, January 18, 2011

BY THE COURT:

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge

3327562v1