UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William Koenig, | Court File No. 0:10-cv-00802-PAM-RLE |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Minnesota Power & Light Company and Affiliated Companies Long-Term Disability Benefit Plan and Minnesota Power, Inc., | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal with Prejudice filed with the Court on March 14, 2011 (Docket No. 21),

IT IS HEREBY ORDERED that this case is dismissed with prejudice and on the merits, and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 17, 2011

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court